UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 17-41-DLB

RICHARD MCBEE **PLAINTIFF**

VS. <u>JUDGMENT</u>

CAMPBELL COUNTY
DETENTION CENTER, et al. **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Richard McBee's Complaint (Doc. # 1 at 16, 20-21, 23-26, Claims 5, 9, and 12) is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust his administrative remedies;

(2) This action is **STRICKEN** from the Court's docket; and

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 9th day of January, 2018.



Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\ORDERS\ProSe\McBee 17-41-DLB Judgment RBW.docx